# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
(Topeka Docket)

UNITED STATES OF AMERICA,

Plaintiff,

v. CASE NO.: 5:26-mj-05103-RES

VITALIY SMAL,

Defendant.

## AFFIDAVIT IN SUPORT OF A COMPLAINT

I, Brandon LaMar, a Special Agent with the Federal Bureau of Investigations, being first duly sworn, hereby depose and state as follows:

I have been employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI) since July 2018. I am currently assigned to the Manhattan Resident Agency (RA), Kansas City Division of the FBI. While employed by the FBI, I have investigated federal criminal violations related to violent crimes, domestic and international terrorism, child exploitation, and child pornography. I have gained experience through training at the FBI Academy and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 § U.S.C. 2256) in

all forms of media including computer media. Prior to joining the FBI, I was an Officer in the United States Army, serving as a Military Police Officer for 10 years. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including Chapter 110 and 117 offenses, and I am authorized by law to request a search warrant.

A. This affidavit is made in support of an application for a criminal complaint charging Vitaliy Smal with violations of Title 18, United States Code 2423(b), Travel with the intent to engage in illicit sexual conduct with a person under the age of 18.

B. Based upon my training, experience, and direct observations in this and other investigations of criminal activity, as well as information received from other law enforcement officers involved in this and other investigations, I know the following:

1. Affiant participated in a joint operation targeting adults engaged in commercial sex activities with persons under the age of 18, from September 17, 2026 – September 18, 2026, in Riley County, Kansas. Online Covert Employees (OCE) from the Kansas Bureau of Investigations (KBI) posted an add wherein they portrayed themselves as a 15-year-old female on a known sex-trafficking platform, where juveniles were known to offer sexual acts in exchange for money, services, or gifts.

2. On September 18, 2026, at approximately 6:34PM, an adult male with telephone number 402-732-0184 (later identified as Vitaliy SMAL), asked the OCE for "sexy nude pics." The OCE informed SMAL that they did not send content and only met in person. SMAL asked the OCE if they wanted to cruise around with him tomorrow and "have some fun." SMAL indicated he was in Lincoln, NE. The OCE told SMAL there was no money in that, and he could pick her (the OCE) up tonight if he was interested, and she (the OCE) was in Manhattan, KS. SMAL stated he could not drive that far tonight (September 18, 2026) but was interested in the next

night. The OCE informed SMAL that she (the OCE) was 15 years old and SMAL responded, "very hot." SMAL asked the OCE if she wanted to "get laid," and the OCE replied, "and get paid." SMAL responded, "you got it girl." Later in the conversation SMAL stated, "I want your pussy … you're pretty girl." The OCE asked SMAL, "I get $$ what u lookin for?" SMAL responded, "sex baby."

3. The OCE provided the commercial sex rates to SMAL, "qv 80, hhr 100, hr 200." The OCE told SMAL they could work a deal out and could do $300 for an overnight. Affiant knew "qv" to be Quick Visit, "hhr" to be half an hour, and "hr" to be an hour. SMAL asked for an overnight but as part of the overnight deal he wouldn't wear a condom because, "I like raw and want raw with you." SMAL asked again to do the meet up the next day as tonight was not good for him. The OCE informed SMAL to either come tonight or their conversation was over. SMAL eventually informed the OCE he would travel tonight for their overnight arrangement. At approximately 7:33PM, SMAL confirmed with the OCE that he was traveling to Manhattan, KS to "enjoy you." At approximately 7:49PM, SMAL stated he was leaving Lincoln, NE to meet the OCE in Manhattan, KS. SMAL informed the OCE that he forgot his money and would pay the OCE via CashApp.

4. The OCE provided a meet spot at 3270 Kimball Avenue, Manhattan, KS, which was a gas station at the intersection of Kimball Avenue and Candlewood Drive. At approximately 11:11PM, SMAL arrived in the parking lot of the gas station driving a Grey Toyota Camry, NE license plate ASH625. Surveillance personnel and arrest personnel positively identified SMAL based off images sent in the communications with the OCE, and images obtained from law enforcement databases as well as open source research, and he was taken into custody without incident.

5. SMAL was interviewed by Riley County Police Detective Spencer Parsons and was informed of his Miranda Rights. SMAL waived his rights and agreed to speak with Detective Parsons. Detective Parsons asked SMAL why he was in Manhattan, KS, and SMAL responded, "to have sexual acts with a 15-year-old girl because it was something new." SMAL told Detective Parsons that he drove from Lincoln, NE to have an overnight stay with the 15-year-old girl at her house for $300.

CONCLUSION

I submit that there is probable cause to believe that Vitaliy Smal, violated Title 18, United States Code 2423(b), Travel with the intent to engage in illicit sexual conduct with a person under the age of 18.

FURTHER AFFIANT SAITH NAUGHT.

BRANDON LAMAR
Digitally signed by BRANDON LAMAR
Date: 2026.09.20 17:59:27 -05'00'

BRANDON LAMAR
Special Agent
Federal Bureau of Investigation

The foregoing subscribed and sworn to before me by telephone on this the 21st day of September, 2026, in accordance with Federal Rule of Criminal Procedure 4.1(b)(1).

Rachel Schwartz

RACHEL E. SCHWARTZ
United States Magistrate Judge
District of Kansas